UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MAP MARINE LIMITED,

             Plaintiff,

  - against -

GRANDOCEAN INTERNATIONAL TRADING LTD.
a/k/a GRAND OCEAN INTERNATIONAL TRADING
LTD., or GRAND OCEAN INTERNATIONAL
TRADING LIMITED,

             Defendant.
----------------------------------------------------------X

08 CV _____

ECF CASE



Judge Hellerstein
08 CV 2032

FEB 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

             NONE.

Dated: February 29, 2008
       Southport, CT

             The Plaintiff,
             MAP MARINE LIMITED

             By: _____
             Patrick F. Lennon
             Nancy R. Peterson
             LENNON, MURPHY & LENNON, LLC
             The Gray Bar Building
             420 Lexington Ave., Suite 300
             New York, NY 10170
             (212) 490-6050
             facsimile (212) 490-6070
             pfl@lenmur.com
             nrp@lenmur.com